IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 2 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MELODYE L. WHITFIELD,      :
   Plaintiff,      :
                               :

                               : CIVIL ACTION FILE
v.      : NO. 1:22-CV-2198-AT

                               :

NORTHSIDE HOSPITAL, INC.,      :
   Defendant.      :

                               :

                               :

**PLAINTIFF MELODYE L. WHITFIELD'S**
**OPPOSITION TO  MOTION TO DISMISS**

COMES NOW Plaintiff MELODYE L. WHITFIELD, Pro-se, ("Plaintiff") herein submits her Opposition to the Motion to Dismiss Complaint for failure to state a claim upon which relief can be granted filed by the Defendant, Northside Hospital, Inc ("Defendant)". Title VII of the Civil Rights Act of 1964 forbids an employer from retaliating against an employee because of the employee's opposition to "any practice made an unlawful practice"  by Title VII.

## I.      INTRODUCTION

Plaintiff Melodye L. Whitfield -*Pro-Se* file this memorandum in opposition

to motion to dismiss filed by Defendant, Northside Hospital, Inc., et al. For the reasons set forth below, Defendant's motion to dismiss should be denied.  Plaintiff contents that her complaint does in fact allege sufficient facts to state a claim against the Defendant and Plaintiff successfully satisfied administrative remedies in a timely manner.

## II.    **FACTUAL BACKROUND**

The EEOC investigation and Charge supports Counts I FMLA Retaliation and Count II ADA Retaliation and therefore has been pled and claim stated. (*See Exhibit A, Charge*).  Plaintiff disputes failure to pled or state a claim.

EEOC correction noted. EEOC made an error on the latest date of discrimination by stating June 22, 2021 instead of July 22, 2021 on EEOC form 5 Charge. To support proper timing of EEOC Charge, review the paragraph that has the correct date of July 22, 2021.(*See exhibit A Charge and B email from EEOC*). Plaintiff disputes that she did not satisfy her administrative remedies prior to filing lawsuit.

The Plaintiff received her NRS on March 15, 2022, by email which 90 days to present suit is no later than June 13, 2022.  Plaintiff filed suit June 4, 2022. Plaintiff emailed attorney NRS on March 15, 2022. NRS states receipt generally means the date when you opened this email or mail.  The Plaintiff only notification was by email (see exhibit B ¶2, email) (see exhibit C, email) (see

exhibit D, NRS page 2). Therefore, Plaintiff satisfied her administrative remedies and Defendant FLMA, and ADA time barred and dispute Defendants claim.

All indications as to the statements in the Complaint are indicated on the Charge. The NRS was attached the Complaint filed with the Court to indicate the EEOC Charge was filed and NRS was issued.  The Plaintiff disputes the NRS was not filed with the Complaint.

## III.   **ARGUMENT**

### **PLAINTIFF'S COMPLAINT STATES CLAIMS UPON WHICH RELIEF CAN BE GRANTED. HENCE, DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)( 6) SHOULD BE DISMISSED**

A motion to dismiss under Rule 12(b)(6) is disfavored and rarely granted.  *Hall v. City of Santa Barbara*, 833 F.2d 1270, 1274 (9th Cir. 1986) ("It is axiomatic that '[t]he motions to dismiss for failure to state a claim is viewed with disfavor and is rarely granted.'") (quoting Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure 1357, at 598.

The U.S. Supreme Court has stated: "The issue is not whether a plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence in support of the claims. Indeed, it may appear on the face of the pleadings that a recovery is very remote and unlikely, but that is not the test." *Scheuer v. Rhodes*, 416 U.S. 232, 236 (1974). Rather, "a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts

3

in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

"In reviewing the allegations, this Court construes the complaint in a light most favorable to the plaintiff, accepting all of the factual allegations as true and determines whether the plaintiff can prove no set of facts in support of his claims that would entitle him to relief." *Arrow v. Fed. Reserve Bank of St. Louis*, 358 F.3d 392, 393 (6th Cir. 2004).

Courts rarely grant a dismissal of a complaint without leave to amend. "Dismissal without leave to amend is improper unless it is clear, upon *de novo* review, that the complaint could not be saved by any amendment." *Schneider v. California DOC*, 151 F.3d 1194, 1196 (9th Cir. 1998). Further, "Amendment should be refused only if it appears to a certainty that plaintiff cannot state a claim." Wright and Miller, Federal Practice and Procedure, vol 5A, 1357.

## A. THE PLAINTIFF HAS VALID CLAIMS AGAINST THE DEFENDANT

The Plaintiff reiterates that the Defendant is rightly included in the Complaint. Hereinbelow, she categorically states how the Defendant participated in the violations.

Plaintiff was terminated involuntary on 7/22/21 reason given failed to communicate, no explanation what Plaintiff failed to communicate and what was the cause of effect. (See exhibit E).

Plaintiff filed a grievance with the Defendant and was denied stating that Plaintiff was warned previously for substandard work performance (see exhibit

F). Plaintiff was denied taking it the step II and step III as indicated on the grievance policy. (See exhibit G-Grievance policy)

Plaintiff filed for unemployment and the Defendant reasoning for denying was fired for unsatisfactory performance. The Georgia Department of Labor concluded that the Plaintiff was not warned that her performance was about to cause her to lose her job. Plaintiff was not told why her work was not acceptable. Plaintiff was not given a chance to correct what was wrong. The available facts show that the Plaintiff did not deliberately fail to perform the duties for which hired. Therefore, Plaintiff can be paid unemployment benefits. Defendant has not paid any of the claim as of this date to Plaintiff. (See exhibit H-GDOL)

Plaintiff followed the chain of command and provided proof that Plaintiff was being retaliated against by Kelly Allen. Plaintiff worked for the Defendant for seven years, one year under Kelly Allen. No issues under Kelly Allen until the opposition of attempting to fire Michelle Francis for using FMLA. The facts will show from April 12, 2021, to July 22, 2021 (three months) all the harassment that took place by Kelly Allen will not add up to the Plaintiff performance and ability to do her job duties with no supervision. (See exhibit I, reviews). Kelly Allen did not train the Plaintiff nor mentor the Plaintiff, nor was there any direct contact other than emails, phone calls occasional onsite meetings and training. Kelly Allen was remote, Plaintiff was onsite. The Plaintiff met with Kelly Allen weekly (phone) with updates.

Facts will show Kelly Allen did not inform Plaintiff she had written up Michelle Francis after the Plaintiff's opposition. Plaintiff found out either one or two months later, not sure when the event took place when Michelle Francis informed Plaintiff. Kelly Allen did not work directly with Michelle Francis as the Plaintiff did. Kelly Allen keeping this from the Plaintiff supports the claims of the Plaintiff's

5

opposition. Facts will show the timing of the writeup will coincide with the retaliation against the Plaintiff.

Plaintiff did seek therapy is still undergoing treatment (see exhibit J, Therapy)

## IV. **CONCLUSION**

For the reasons detailed above, Plaintiff vehemently opposes Defendants' Motion to Dismiss and prays this Honorable Court to deny and dismiss it *in toto*. Respectfully submitted,

Melodye L. Whitfield-pro-se
*Plaintiff*

6

5485 Bethelview Rd. Suite 360-137
Cumming, GA 30040
(678)-818-6060

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing
**PLAINTIFF MELODYE L. WHITFIELD'S OPPOSITION TO MOTION TO DISMISS**
and served a copy via Statutory Electronic and/or in the U.S. Mail upon all
parties to this matter as follows:

SCRUDDER, BASS, QUILLIAN, HORLOCK, LAZARUS & ADELE LLP ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY SUITE 850
ATLANTA, GEORGIA 30339-3512
cadele@scrudderbass.com

This 12th day of August 2022.

Melodye L. Whitfield, pro se

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-00308 |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* |  |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Melodye L. Whitfield | (678) 818-6060 |  |

Street Address

5485 Bethelview Rd Ste 360-137

CUMMING, GA 30040

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NORTHSIDE HOSPITAL | 501+ Employees | (404) 850-8000 |

Street Address

1000 JOHNSON FERRY RD

ATLANTA, GA 30342

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
|  | Earliest | Latest |
| Retaliation | 04/12/2021 | 06/22/2021 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an individual who reported ongoing harassment in the workplace. I began working for the above-named employer on May 5, 2014 and most recently worked as a Customer Service Coordinator. Since beginning to work at my then-new department on or around August 2020, I learned that my supervisor, Business Office Manager Kelly Allen, and one of my direct reports, Supervisor Michelle Frances, had ongoing tension in the workplace. Though I attempted to resolve the situation, I stepped away and recommended both go to Human Resources on or around April 2021. Shortly thereafter, on April 12, 2021, Ms. Allen asked me to write up Ms. Frances. I refused to do so, as there were no grounds for the disciplinary action. I also reported this incident to Business Office Director Audra Gillis.After reporting this incident and refusing to take part in an unfair disciplinary action, Ms. Allen and Ms. Gillis began scrutinizing my work and subjected me to a hostile work environment. I believed I was being targeted for termination for not participating in Ms. Allens planned disciplinary action of Ms. Frances. On or around June 2021, I learned that Ms. Allen circumvented company protocol and wrote up Ms. Frances anyway, bypassing me altogether. Finally, on July 22, 2021, I was terminated for no apparent reason. Ms. Gillis and Ms. Allen gave multiple excuses, including alleged poor communication and changing company policy, all of which is untrue. I maintained an excellent work record throughout my entire time with the employer. I attempted to file a grievance with Human

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Melodye L. Whitfield** | |
| **01/18/2022** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |
| *Charging Party Signature* | |

**EXHIBIT**

A 163

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>410-2022-00308 |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

Resources following my termination but to no avail.I believe I was discriminated against by way of retaliatory discharge for opposing an unlawful employment practice, in violation of all applicable statutes, as amended.



EXHIBIT
A 293

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Melodye L. Whitfield**<br><br>**01/18/2022** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(*month, day, year*) |
| *Charging Party Signature* | |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**EXHIBIT**
A 3of3

Thank you so much for your help.
[Quoted text hidden]

---

**STEVEN GARCIA-REYES** <STEVEN.GARCIA-REYES@eeoc.gov>
To: Melodye Whitfield <melodye.whitfield@gmail.com>

Tue, Feb 8, 12:37 PM

Ms. Whitfield,

Thank you for your email. Unfortunately, the original Form 5, or Charge of Discrimination, is now a secured document and it cannot be edited. Thankfully, the body of the charge includes the correct date, July 22. If any questions or concerns do come up should you take this charge to court, simply state that the body of the charge gives the correct termination date as July 22, not June 22 as written on the 'date of last action' section. I apologize for the error.

Your Notice of Right to Sue (NRTS) will be sent to you via email. However, we are still having some issues with the new system on our end and processing of charges has been slowed considerably. Again, I apologize for the inconvenience. Checking the portal daily will not be necessary, as you should receive emailed notification of charge closure and issuance of the NRTS.

Should you have any other questions or concerns, please let me know.

[Quoted text hidden]

---

**Melodye Whitfield** <melodye.whitfield@gmail.com>
To: STEVEN GARCIA-REYES <STEVEN.GARCIA-REYES@eeoc.gov>

Tue, Feb 8, 12:49 PM

Thank you for the clarification. Have a blessed day.
[Quoted text hidden]

---

**Melodye Whitfield** <melodye.whitfield@gmail.com>
To: STEVEN GARCIA-REYES <STEVEN.GARCIA-REYES@eeoc.gov>

Mon, Mar 14, 10:30 PM

Hi ,

I'm just checking in to make sure I'm not overlooking anything with the receipt of the NRTS since our last communication a month ago. I check my spam folder frequently as well, so I figured I'd check in with you.

Thanks,
Melodye Whitfield
[Quoted text hidden]



---

**STEVEN GARCIA-REYES** <STEVEN.GARCIA-REYES@eeoc.gov>
To: Melodye Whitfield <melodye.whitfield@gmail.com>

Tue, Mar 15, 9:05 AM

Ms. Whitfield,

Apologies for the delay. Please see the attached document for your Notice of Rights to Sue.

On Tuesday, March 15, 2022, 4:06 PM, Melodye Whitfield <melodye.whitfield@att.net> wrote:



Good Afternoon Andrew,

See attached and below, I received my NRTS letter today, so the 90 days start as of today.

Thanks,
Meldoye

Begin forwarded message:

**From:** Melodye Whitfield <melodye.whitfield@gmail.com>
**Date:** March 15, 2022 at 3:57:54 PM EDT
**To:** Melodye Whitfield <melodye.whitfield@att.net>
Subject: Fwd: EEOC Inquiry - Charge Particulars



---------- Forwarded message ---------
From: **Melodye Whitfield** <melodye.whitfield@gmail.com>
Date: Tue, Mar 15, 2022 at 11:56 AM
Subject: Re: EEOC Inquiry - Charge Particulars
To: STEVEN GARCIA-REYES <STEVEN.GARCIA-REYES@eeoc.gov>

Thank you.



On Tue, Mar 15, 2022 at 9:05 AM STEVEN GARCIA-REYES <STEVEN.GARCIA-REYES@eeoc.gov> wrote:

Ms. Whitfield,


Apologies for the delay. Please see the attached document for your Notice of Rights to Sue.


Regards,


**Steven R. Garcia-Reyes**

*Equal Opportunity Investigator, Bilingual Spanish*



EXHIBIT
C

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW ,Suite 4R30
(404) 562-6887
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

To: Mrs. Melodye L. Whitfield
5485 Bethelview Rd Ste 360-137
CUMMING, GA 30040

Re: Mrs. Melodye L. Whitfield v. NORTHSIDE HOSPITAL
EEOC Charge Number: 410-2022-00308

EEOC Representative and email:     STEVEN GARCIA-REYES
Investigator
steven.garcia-reyes@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because you (or the person you have filed on behalf of) were
not harmed or could not expect to be harmed by the action complained of.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If
you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal
or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**
Receipt generally occurs on the date that you (or your representative) view this document. You
should keep a record of the date you received this notice. Your right to sue based on this charge
will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit
based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By Darrell Graham
02/15/2022

Darrell Graham
District Director

CC: NORTHSIDE HOSPITAL            Andrew S. Bullock
c/o Cynthia Gist                  SCRUDDER BASS LLP
1000 Johnson Ferry Road           900 Circle 75 Parkway SE, Suite 850
Atlanta, GA 30342                 Atlanta, GA 30339

**EXHIBIT**
D 103

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.



**EXHIBIT**
D 283

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 410-2022-00308 to the District Director at Darrell Graham, 100 Alabama Street, SW Suite 4R30
Atlanta, GA 30303. You can also make a FOIA request online at
https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.



EXHIBIT
D 3Q3

Melodye Whitfield
2748
678-818-6060



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name **WHITFIELD, MELODYE L**  2. SSN _____

   a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From **5/5/2014** To **7/22/2021**

4. REASON FOR SEPARATION:

   a. LACK OF WORK ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: **Involuntary**

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)

   _____ in the amount of $_____ for period from _____ to _____
   (type of payment)

Date above payment(s) was/will be issued to employee _____

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
_____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $7,300.00 in your employ?  YES ☐  NO ☐  If NO, how much? $_____

Average Weekly Wage _____

Employer's Name **Northside Hospital**

Address **1000 Johnson Ferry Road**
(Street or RFD)

City **Atlanta**  State **GA**  ZIP Code **30342**

Employer's Telephone No. **(404) 851-8000**
(Area Code)  (Number)

**101753-02**

Ga. D. O. L. Account Number_____
This is the number assigned to the employer by Georgia Department of Labor.

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

**Kim Miller**

Signature of Official, Employee of the Employer or authorized agent for the employer

**Human Resources Coordinator**

Title of Person Signing

**8/25/2021**

Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-6/19)



EXHIBIT
E



# NORTHSIDE HOSPITAL

August 18, 2021

Melodye Whitfield
5485 Bethelview Rd.
Cummings, GA 30040

Dear Ms. Whitfield,

This letter is regarding your employment discharge from Northside Hospital and your request to initiate the grievance process under the Hospital's Grievance & Complaint policy.

Having reviewed your grievance form and summary of information, the organization's records supports that you were warned previously for substandard work performance, conduct and communication expectations through progressive discipline. Respectfully, your request to initiate the grievance process is denied.

On behalf of Northside Hospital, we wish you well in your future endeavors. We have closed our file regarding this matter.

Sincerely,

Natasha Morris
Employee Relations Manager
Northside Hospital



**EXHIBIT**
F

12/30/2019



**Northside Hospital**                                                    Policy
**Grievance / Complaint**

Human Resources          HR610          **Official** (Rev: 4)
Policies

# PURPOSE AND PHILOSOPHY

It is the policy of Northside Hospital to treat employees with respect, recognizing their value and individual contributions to the organization. Northside Hospital encourages teamwork through open communication. Employees are encouraged to work out problems through channels with freedom from fear of reprisal. Where an employee has concerns about any work-related matter, reasonable efforts should be made by the employee to work out problems before a written grievance is filed. Management should facilitate communication with employees regarding work-related concerns or problems and ensure that employees are not penalized for utilizing the grievance procedure.

Please see also: Complaint Form

# GENERAL POLICIES

1. Northside Hospital recognizes that it is important for employees to have a formal procedure for resolving employee complaints that cannot be settled through informal communication channels with an employee's supervisor or other appropriate personnel. Employees may utilize the grievance procedure regarding disciplinary suspensions, demotion, or dismissal. Any concerns regarding conditions of employment, the application of personnel policies, hospital policy, overtime, working conditions, written warnings and suspensions pending investigation should be handled informally with the supervisor. If the concerns pertaining to a written warning remain, an employee may write a response and have it attached to the written warning. Complaints of sexual harassment and discrimination should be made under HR Policy 601 and HR Policy 602, respectively. Complaints regarding performance evaluations should be made under HR Policy 204.
2. B. The grievance/complaint procedure is the employee's sole and exclusive remedy for resolving complaints or disagreements regarding his/her employment. Before filing a grievance (i.e. suspension, demotion, or dismissal), an employee must have completed his/her 90-day probationary period. The complaint procedure (i.e. personnel or hospital policies, working conditions or other unfavorable work experiences) is open to all employees upon hire. Employees who have questions about the grievance/complaint procedure should contact the Employee Relations department.

# APPLIES TO

All Northside staff and Non-supervisory coordinators

# PROCEDURE



**EXHIBIT**
G 1 of 3

A. General
   1. Before filing a complaint, an employee should first discuss the issue with his/her department manager.
   2. Days, as used in this policy, shall be calendar days, except where specifically noted as working days. If the last day falls on Saturday or Sunday or on a hospital recognized holiday, the next weekday will be determined as the last day. If a responding person is on leave, and therefore not available to respond within the designated period, they must submit the written response within forty-eight (48) hours of returning from leave.
   3. Non-employee representation (attorney or other outside individual) is not permitted at any step of this procedure. Non-employees are not permitted to attend any meetings held in connection with this procedure. Meetings are not to be tape recorded by the employee or Northside Hospital.
   4. A Grievance/Complaint form must be correctly completed before it will be received as a valid grievance or complaint under this policy.
B. Grievance/Complaint Procedure Steps

   Step I
       a. Complete the online Grievance/Complaint form (see attached instructions for completing online form). If computer access is unavailable contact Employee Relations.

12/30/2019

b. Retain a copy for yourself, and forward online form to Employee Relations mailbox. The online form must be submitted to Employee Relations within ten (10) calendar days from the employee's knowledge of the incident or event.

c. A copy of the Grievance form will be forwarded to your department manager by the Employee Relations department within five (5) calendar days if the issues are determined a complaint or to be grievable.

d. Your department manager must act on your documented grievance/complaint within a reasonable timeframe not to exceed thirty (30) days. If you do not receive a written response or are not satisfied with the response, you have the right to go to Step II.

e. The department manager will provide a written response to the employee and forward a copy to the Employee Relations department- via online to employee relations mailbox.



Step II

a. You have five (5) calendar days from the date of the department manager's written response to notify the Employee Relations department of your request to proceed to the director's level of the grievance/complaint process.

b. Your department director must respond in writing to your complaint within a reasonable timeframe not to exceed thirty (30) days.

c. The director will provide a written response to the employee and forward a copy to the Employee Relations department- via online to employee relations mailbox.

Step III

a. If you do not receive a response or are not satisfied with the response, you have the right to go to Step III of the grievance process. You have five (5) calendar days from the date of the department director's response to present your written appeal to the Employee Relations Manager.

b. The Employee Relations Manager will convene a Grievance Review Committee within ten (10) business days from the date of your written appeal request. This process is used for grievances "only".

c. The Employee Relations Manager will present the Grievance Review Committee finding(s) and recommendation(s) to the Director of Human Resources.

d. The Director of Human Resources, in consultation with the grievant's vice president will approve or disapprove the committee's recommendation. This is the final step in the grievance process.

## References


**EXHIBIT**
G2 R3

| Reference Type | Title | Notes |
|---|---|---|
| **Documents referenced by this document** | | |
| Referenced Documents | Complaint Form | |
| **Documents which reference this document** | | |
| Referenced Documents | Employee Handbook | |

Signed by

*Bridget Green*

Bridget Green, VP, Human Resources
( 03/04/2019 12:05PM PST )

| Effective | 03/02/2009 | **Document Owner** | Gist, Cynthia |
|---|---|---|---|

Revised       [12/07/2005 Rev. 1], [01/01/2007 Rev. 2], [10/03/2008 Rev. 3], [03/02/2009 Rev. 4]

Reviewed      [06/09/2010 Rev. 4], [07/21/2011 Rev. 4], [04/10/2013 Rev. 4], [08/19/2013 Rev. 4], [03/06/2018 Rev. 4], [02/12/2019 Rev. 4]

*The policies and procedures in this manual are guidelines only. They are not intended to reflect the legal standard of care. They are not a substitute for professional judgment or individualized care.*

12/30/2019

*This policy contains confidential and proprietary business information that reflects Northside Hospital's business practices and models which it has developed over time. The disclosure of this information would cause significant harm to Northside Hospital's business interests. Therefore, this policy must be maintained in a strictly confidential manner and should not be disclosed or disseminated to third parties without the express written authorization of Northside Hospital administration.*

*Printed versions of this document are only valid for 48 hours from the print date. The current version is in Lucidoc at* https://www.lucidoc.com/cgi/doc-gw.pl?ref=nhatl:10850.



EXHIBIT
63 083

DOL-442B1(R-02/17)
NM2006

GEORGIA DEPARTMENT OF LABOR
**CLAIMS EXAMINER'S DETERMINATION**

SSN ___***-**-2748___

BYB ___07/25/21___

CWB ___07/25/21___

ACCT# 101753-02

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

| CLAIMANT | EMPLOYER |
|---|---|
| MELODYE L WHITFIELD<br>5485 BETHELVIEW RD 360<br>CUMMING GA       30040 | NORTHSIDE HOSPITAL INC<br>HUMAN RESOURCES DEPARTMENT<br>1000 JOHNSON FERRY ROAD NE<br>ATLANTA  GA  30342 |

### SECTION I - CLAIM DETERMINATION

Benefits are allowed as of 07/25/21.

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194(2)(B)(ii) of the Employment Security Law says that you can be paid
unemployment benefits if you are fired for failure to perform your job duties, but you did
not deliberately fail or wilfully neglect to perform those duties. The law says that your
employer has to show that discharge or suspension was for a reason that would not allow you
to be paid unemployment benefits. If you cannot be paid unemployment benefits under this
section of the law, you may qualify at a later time. To do this, you must find other work
and earn wages covered under unemployment law. The covered wages must be at least ten times
the weekly amount of your claim. If you then become unemployed through no fault of your
own, you may reapply for unemployment benefits.

### SECTION III - REASONING

You were fired for unsatisfactory job performance.  You were not warned
that your performance was about to cause you to lose your job. You were
not told why your work was not acceptable.  You were not given a chance
to correct what was wrong.  The available facts show you did not
deliberately fail to perform the duties for which hired. Therefore, you
can be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

**EXHIBIT**

H

### SECTION V - APPEAL RIGHTS

**NOTE:** This determination will become final unless you file an appeal by __10/25/21__ . If you wish to file an
appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to
404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as
instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook for more
details.

| Georgia Department of Labor | 09/28/21 | 10/08/21 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

## MELODYE L WHITFIELD - 206853 - Northside Hospital, Inc.

## Review History

| Effective | Type | Job | Rating | Reviewer | Additional Details | Notes |
|---|---|---|---|---|---|---|
| 09/30/2020 4.60 | Annual Perf Review | 0366 - COORD PST PMT REV/CUST SV  ✕ Promotion | 4.60 | FY2020 | | |
| 09/30/2019 4.60 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE | 4.60 | FY2019 | | Cut of |
| 12/07/2018 4.85 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE | 4.85 | FY2018 | | 5.0 |
| 02/02/2018 4.80 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE | 4.80 | FY2017 | | |
| 01/06/2017 3.90 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE | 3.90 | FY2016 | | Cut of |
| 01/24/2016 3.65 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE | 3.65 | FY2015 | | 4.0 |
| 12/30/2014 3.30 | Annual Perf Review | 1613 - SUPV REVENUE CYCLE  ✕ | 3.30 | FY2014 | | |



EXHIBIT
I 1 8 14


### NORTHSIDE HOSPITAL

# 2020 Supervisor/Manager (with Direct Reports) form for MELODYE L WHITFIELD

## Employee Information

| | | | |
|---|---|---|---|
| First Name | MELODYE | Last Name | WHITFIELD |
| Manager | KELLY J ALLEN | Department | 935A BUSINESS OFFICE |
| Title | COORD PST PMT REV/CUST SV | | |

## Review Information

| | |
|---|---|
| Originator | Northside Hospital |
| Review Period | 10/01/2019 – 09/30/2020 |
| Due Date | 10/31/2020 |

## Introduction

The annual Performance Management Process identifies principles essential for effective performance.

These principles are used to identify exemplary and proficient performers and to develop and improve others so they can do their jobs well in order to contribute to the mission of Northside Hospital, Inc.

To reach this objective, the following principles apply:
1) Performance Improvement/Continuous Quality Improvement (CQI) principles integrated.
2) The process of gathering performance data should be simple, efficient, and reliable.
3) The link to pay should reflect the individual's level of performance and contribution.

## Org Goals and Job Standards 6 Min and 10 Max

A total minimum of six (6) goals are required for this section. A minimum of four (4) job specific performance standards must be evaluated for each employee. The Service Excellence & Retention Goals have been added for you. Please do not delete the Service Excellence or Retention goals. You may have a maximum of ten (10) goals for this section.

Goals included in the Goals section must equal a total weight of 100%, **_with the individual goals' weights at a minimum of 5% and a maximum of 30% each._**

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)          10.0% of total score
Demonstrates strong analytical skills in resolving accounts receivable problems.

**Rating**
★★★★
Significantly Exceeds Objectives and
Standards


**EXHIBIT**
I 2014

## Additional Ratings and Comments

## Comments by TERESA J KIRBY

Melodye does a great job of analyzing and breakdown all aspects of the accounts to ensure quality and accuracy is met.

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Demonstrates strong analytical skills in resolving accounts receivable problems. | Measurement | |
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)        15.0% of total score
Oversees the day-to-day revenue cycle processes, reviewing them on a consistent basis looking for ways to improve.

## Rating


Exceeds Most Objectives and

Standards

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Oversees the day-to-day revenue cycle processes, reviewing them on a consistent basis looking for ways to improve. | Measurement | |
| Weight | 15.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)        10.0% of total score
Exhibits outstanding customer service skills, exudes professionalism and leads by example at all times.

## Rating
★★★★★

Significantly Exceeds Objectives and

Standards

## Additional Ratings and Comments



## Comments by TERESA J KIRBY

Melodye always goes the extra mile to ensure patients receive great customer service.

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Exhibits outstanding customer service skills, exudes professionalism and leads by example at all times. | Measurement | |
| Weight | 10.0% | Start | 10/01/2019 |

Due          09/30/2020

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)          10.0% of total score
Informs and educates staff on a regular basis about new processes and
guidelines, ensuring their success.

## Rating


Exceeds Most Objectives and

Standards

## Goal Details

| Goal | Informs and educates staff on a regular basis about new processes and guidelines, ensuring their success. | Measurement | |
|------|------|------|------|
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)          10.0% of total score
Supervise team setting productivity and QA goals. Maintain consistent FTE
productivity and update management on impacts that require changes in
FTE volumes. Regular QA on transactions posted to validate appropriate
steps are followed.

Regular productivity and QA reports provided to management.

## Rating


Exceeds Most Objectives and

Standards

## Goal Details

| Goal | Supervise team setting productivity and QA goals. Maintain consistent FTE productivity and update management on impacts that require changes in FTE volumes. Regular QA on transactions posted to validate appropriate steps are followed. | Measurement | Regular productivity and QA reports provided to management. |
|------|------|------|------|
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)          10.0% of total score
Understands and analyzes monthly reports and is able to identify areas that
are not optimal.

## Rating
★★★★

Exceeds Most Objectives and

EXHIBIT
I 4of14

Standards

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Understands and analyzes monthly reports and is able to identify areas that are not optimal. | Measurement | |
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Job Performance Standards (Minimum of 4 Goals Required) (Weight: Min 5%, Max 30%)          15.0% of total score
Manage payment posting department to ensure daily payments and correspondence received are posted timely and accurately. Create, implement, and manage policy and procedures for all deposit related activity. Communicate regularly with management and other departments the status of cash and correspondence posting and any issues that will impact established goals.

### Rating


Exceeds Most Objectives and

Standards

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Manage payment posting department to ensure daily payments and correspondence received are posted timely and accurately. Create, implement, and manage policy and procedures for all deposit related activity. Communicate regularly with management and other departments the status of cash and correspondence posting and any issues that will impact established goals. | Measurement | |
| Weight | 15.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Service Excellence (Do Not Delete)          10.0% of total score
Employee demonstrates behaviors which support our patient's experience either through direct patient care or supporting the departments which provide direct patient care. All employees will contribute to NSH's scoring above the national benchmark for the publicly reported HCAHPS data.

Customer Data



### Rating
★★★★★

Significantly Exceeds Objectives and

Standards

## Additional Ratings and Comments

### Comments by TERESA J KIRBY

Melodye continues to be a resource for all departments to ensure NS standards are met.

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Employee demonstrates behaviors which support our patient's experience either through direct patient care or supporting the departments which provide direct patient care. All employees will contribute to NSH's scoring above the national benchmark for the publicly reported HCAHPS data. | Measurement | Customer Data |
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

Retention (Do Not Delete)

10.0% of total score

Employee demonstrates behaviors such as mentoring others, orienting new staff or demonstrating teamwork - which support retaining and improving staff satisfaction

Retention Data

### Rating


Significantly Exceeds Objectives and

Standards

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Employee demonstrates behaviors such as mentoring others, orienting new staff or demonstrating teamwork - which support retaining and improving staff satisfaction | Measurement | Retention Data |
| Weight | 10.0% | Start | 10/01/2019 |
| Due | 09/30/2020 | | |

## Leadership Standards

The term "customer" refers to co-workers, patients, physicians, family members, etc.

This will count for 50% of overall evaluation.



Rating 5 (+) Significantly Exceeded Objectives and Standards
Rating 4 (+) Exceeded Most Objectives and Standards
Rating 3 (+) Met Objectives and Standards
Rating 2 (-) Met Some Objectives and Standards
Rating 1 (-) Did Not Meet Objectives and Standards

## Planning, Prioritizing, and Problem Solving

- Determines daily priorities/appropriately allocates resources.
- Manages own time effectively and efficiently.





EXHIBIT
I 8 of 14

- Manages the area equipment & materials so that staff have the resources to effectively perform their job responsibilities.
- Delegates tasks and authority when appropriate.
- Acts promptly and decisively, within time constraints, basing decisions on facts.
- Considers relevant information before taking action.
- Identifies potential problems, proposes new/innovative approaches.
- Takes a longer term perspective on problems/opportunities.
- Proactive vs. Reactive decision making.
- Looks for opportunities to improve departmental and hospital performance.
- Communicates the effect of changes inter and intra-departmentally.

## Rating
★★★★★

Significantly Exceeds Objectives and

Standards

## Accountability

- Takes responsibility for difficult and/or unpopular decisions.
- Acknowledges when decisions/plans are not working and suggests alternatives.
- Keeps priorities / honors commitment.
- Follows through on ideas/concerns.
- Knows when and how conduct, behavior, and performance are governed by hospital policy and the law.
- Seeks help/consultation when unsure how to proceed.
- Completes reports, documentation, projects, and other activities in a timely manner; communicates if delays occur.
- Monitors key measurements and takes correct action, e.g. patient satisfaction.
- Provides oversight for data collection, analysis, and continuous quality / service improvement.
- Maintains compliance with JCAHO and other continuous readiness activities.
- Responsible for all patient safety areas (through personal performance reviews or personal compensation incentives).

## Rating
★★★★★

Significantly Exceeds Objectives and

Standards

## Financial Responsibility

- Follows departmental staffing guidelines, reviews productivity guidelines, and activity analysis.
- Promotes proper care of hospital owned equipment to decrease need for replacement.
- Manages proper utilization of supplies.
- Identifies area to save money or generate revenue.

## Rating
★★★★★

Significantly Exceeds Objectives and

Standards



**EXHIBIT**
I 9 of 14

## Identifying, Recruiting, Developing, and Retaining Top Talent

- Identifies/leverages others' unique strengths when assigning tasks.
- Provides opportunities for staff to develop skills, increase knowledge, advance careers.
- Personally provides extra instructions and coaching as needed.
- Ongoing evaluation of potential departure of high impact employees.

### Rating



Exceeds Most Objectives and

Standards

## Leadership/Professionalism

- Supportive of hospital policies and initiatives.
- Sets an example with personal behaviors/demonstrates a commitment to high standards.
- Demonstrates and provides motivation for all tasks.
- Maintains good working relationships outside the dept.
- Adapts style and approach to match needs of different groups or persons.
- Demonstrates consistent, equitable, and professional behavior towards others.
- Creates a work environment where all employees are treated professionally and fairly
- Communicates to staff their role in achieving departmental goals.
- Knowledgeable of resources and hospital contacts to ensure efficient operations dept.

### Rating



Significantly Exceeds Objectives and

Standards

## Performance Management /Coaching

- Proactively identifies and resolves conflict.
- Effectively utilizes the progressive discipline process.
- Treats situations consistently; is fair in negotiating solutions to conflict.
- Keeps clear and thorough documentation.
- Makes decisions based on facts rather than on an employee's personal characteristics, for example: age, race, and gender.
- Follows objective criteria in making decisions; avoids assumptions.
- Holds employees accountable to established expectations.

### Rating



Exceeds Most Objectives and

Standards



EXHIBIT
I 10 of 14

## Professional Communication (Written/Verbal)

- Clearly articulates hospital and department policies.
- Provides clear instructions and expectations.
- Confirm understanding/listens to concerns objectively.
- Communicates relevant information to appropriate levels of the organization.
- Utilizes appropriate method to communicate information, for example, in person, voice mail, email, memo.

### Rating



Significantly Exceeds Objectives and

Standards

## Service

- Supports and promotes mission and values of Northside Hospital *(Mission: commitment to health and wellness of our community; pledge compassionate support, personal guidance and uncompromising standards to our patients in their journeys toward health of mind and body; maintaining our position as regional leaders in select medical specialties; commitment to providing a diverse array of educational and outreach programs; Values: Excellence, Compassion, Community, Service, Teamwork, Progress and Innovation).*
- Demonstrates Care and Communication to others.
- Provides Information and Education.
- Anticipates and Responds promptly to needs and requests of others.
- Demonstrates Respect and Courtesy to others.
- Demonstrates Professionalism.
  Practices Problem Solving.
- Demonstrates Emotional support to others.
- Creates and Maintains a calm environment.

## Rating


Significantly Exceeds Objectives and

Standards

## Teambuilding

- Demonstrates support & understanding of staff issues. Uses tact, sensitivity, and diplomacy.
- Seen as resource by employees and colleagues.
- Facilitates open communication and joint decision making.
- Facilitates cooperation and teamwork within the department and across different departments.
- Recognizes or rewards contributions of others/Recognizes departmental achievements.
- Speaks positively about other departments, the management team, and Northside Hospital.

## Rating


Significantly Exceeds Objectives and

Standards



## Employee Development Goals

This section is not scored but is a required component of the performance management process.

Accomplishment(s) for Past Year

- Assisted in implementing CPS within PBS

- Crossed trained all departments on CPS product

Please give a list of accomplishments that
the employee has achieved over the
course of the past fiscal year. This should
include specific items that were beyond
the normal requirements and educational
courses completed.

- Team Building

- Implemented new processes to identify failed reports from Patientco reducing the amount of
patient complaints received due to missing payment

Employee Development Goal(s) for
Upcoming Year

Please give a list of development goals
that the employee should focus on
achieving over the course of the next
fiscal year. This should include specific
items that are their responsibility to
achieve including educational courses to
be completed.

Attend Net Learning classes pertaining to management

Focus on the development of direct reports

Update job descriptions for the Customer Service Department

Area(s) for Development

Please identify job specific area(s) that
the employee may wish to enhance for
the next fiscal year. This should include
specific items that are clearly defined and
within their ability to change.

Continue to learn the day to day operations and processes in both the Customer Service and
PPD department

## Annual Requirements

Has the employee completed the organization-wide CBLs?

### Rating

Yes

Has the employee's TB Test results been verified?



### Rating

Yes

Has the employee actively participated in the competency process and
completed all requirements necessary to verify competency?

Please note, RN's and LPN's working in a nursing position must actively participate in the competency process and
complete all requirements necessary to verify competency for the assigned job AND also meet one of the GA Board of
Nursing continuing competency/education requirements for license renewal in order for the answer to the above question to
be YES. If your employee is not an RN or LPN working in a nursing position, please answer the above question YES or NO
based on whether or not the employee participated in the competency process and completed all requirements necessary to
verify competency for the assigned job.

### Rating

Yes

Has the employee verified his/her Education in Self-Service as correct?

The response to this question does not impact the employee performance score. Human Resources is using this for

informational reporting purposes only. If you are unsure if your employee has verified their education, please select no. If education needs to be updated, advise the employee to create a case in AskHR using the MyNorthsideHR Portal.

### Rating

Yes

## Performance Summary

Use this section to summarize the employee's performance during the review period.

### Final Performance Rating

4.6/5.0

| | Rating | Weight |
|---|---|---|
| Org Goals and Job Standards 6 Min and 10 Max | 4.4 | |
| Demonstrates strong analytical skills in resolving accounts receivable problems. | 5.0 - Significantly Exceeds Objectives and Standards | 10.0% |
| Oversees the day-to-day revenue cycle processes, reviewing them on a consistent basis looking for ways to improve. | 4.0 - Exceeds Most Objectives and Standards | 15.0% |
| Exhibits outstanding customer service skills, exudes professionalism and leads by example at all times. | 5.0 - Significantly Exceeds Objectives and Standards | 10.0% |
| Informs and educates staff on a regular basis about new processes and guidelines, ensuring their success. | 4.0 - Exceeds Most Objectives and Standards | 10.0% |
| Supervise team setting productivity and QA goals. Maintain consistent FTE productivity and update management on impacts that require changes in FTE volumes. Regular QA on transactions posted to validate appropriate steps are followed. | 4.0 - Exceeds Most Objectives and Standards | 10.0% |
| Understands and analyzes monthly reports and is able to identify areas that are not optimal. | 4.0 - Exceeds Most Objectives and Standards | 10.0% |
| Manage payment posting department to ensure daily payments and correspondence received are posted timely and accurately. Create, implement, and manage policy and procedures for all deposit related activity. Communicate regularly with management and other departments the status of cash and correspondence posting and any issues that will impact established goals. | 4.0 - Exceeds Most Objectives and Standards | 15.0% |
| Employee demonstrates behaviors which support our patient's experience either through direct patient care or supporting the departments which provide direct patient care. All employees will contribute to NSH's scoring above the national benchmark for the publicly reported HCAHPS data. | 5.0 - Significantly Exceeds Objectives and Standards | 10.0% |
| Employee demonstrates behaviors such as mentoring others, orienting new staff or demonstrating teamwork - which support retaining and improving staff satisfaction | 5.0 - Significantly Exceeds Objectives and Standards | 10.0% |
| Leadership Standards | 4.8 | |
| Planning, Prioritizing, and Problem Solving | 5.0 - Significantly Exceeds Objectives and Standards | |

EXHIBIT
I 13 of 14

| | |
|---|---|
| Accountability | 5.0 - Significantly Exceeds Objectives and Standards |
| Financial Responsibility | 5.0 - Significantly Exceeds Objectives and Standards |
| Identifying, Recruiting, Developing, and Retaining Top Talent | 4.0 - Exceeds Most Objectives and Standards |
| Leadership/Professionalism | 5.0 - Significantly Exceeds Objectives and Standards |
| Performance Management /Coaching | 4.0 - Exceeds Most Objectives and Standards |
| Professional Communication (Written/Verbal) | 5.0 - Significantly Exceeds Objectives and Standards |
| Service | 5.0 - Significantly Exceeds Objectives and Standards |
| Teambuilding | 5.0 - Significantly Exceeds Objectives and Standards |
| **Annual Requirements** | 5.0 |
| Has the employee completed the organization-wide CBLs? | Yes |
| Has the employee's TB Test results been verified? | Yes |
| Has the employee actively participated in the competency process and completed all requirements necessary to verify competency? | Yes |
| Has the employee verified his/her Education in Self-Service as correct? | Yes |

Overall Comments

**Comments by TERESA J KIRBY**

Melodye, thank you for all of your hard work and dedication throughout the organization!

## Performance Discussion Confirmation

Select date that face-to-face Performance Discussion occurred between the Manager and the Employee.   10/27/2020



EXHIBIT

I 14 of 14

## Manager Signature

Manager:  KELLY J ALLEN                                   10/27/2020



8/11/2022

To Whom It May Concern:

My name is Erin Laffrey LISW-S, LCSW, I am a licensed Social Worker employed by Betterhelp. I have been working with Melodye Whitfield since September 2021. Ms. Whitfield sought individual counseling services based on her symptoms of Major Depression that occurred as a result of her termination from her employment at Northside. Upon coming into my care Ms. Whitfield presented with symptoms of hopelessness, tearfulness, low self esteem, low self worth and feelings of rejection. Ms. Whitfield reported that these symptoms were not present prior to her termination. As a result of her sudden termination from Northside Ms. Whitfield experienced great emotional distress. The termination brought about feelings of shock, anger, sadness, worry and fear for the future. The termination additionally caused financial concerns for pt as she has been attempting to obtain care and services for her husband who has been struggling with medical concerns.

Thank you for your consideration on this matter.
Erin Laffrey LISW-S, LCSW

Erin Laffrey LISW-S, LCSW
Betterhelp
(304) 904-7722
erinlaffrey@gmail.com

